# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEVIN CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC., COBB COUNTY BOARD OF COMMISSIONERS, COBB COUNTY DEPARTMENT OF TRANSPORTATION d/b/a COBBLINC, AND MARK K. TUTTLE,<br><br>Defendants. | CIVIL ACTION FILE NO.: |

## NOTICE OF REMOVAL BY DEFENDANT MARK K. TUTTLE

COMES NOW, Defendant Mark K. Tuttle (hereinafter, "Mr. Tuttle") pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and hereby removes the action now pending in the Superior Court of Cobb County, Georgia, Civil Action No. 24-1-02538-S3 styled as *Kevin Campbell v. Transdev Services, Inc., Cobb County Board of Commissioners, Cobb County Department of Transportation d/b/a CobbLinc, and Mark K. Tuttle,* (the "State Court Action") to this Court, and respectfully shows this Honorable Court as follows:

296625648v.1

## PROCEDURAL BACKGROUND

1. On April 5, 2024, Plaintiff Kevin Campbell (the "Plaintiff") filed his Civil Complaint and Demand for Jury Trial ("Complaint") against Defendants Transdev Services, Inc., Cobb County Board of Commissioners, Cobb County Department of Transportation d/b/a CobbLinc, and Mark K. Tuttle in the State Court Action, alleging, in part, violations of the Americans with Disabilities Act and the Rehabilitation Act. (Complaint at ¶¶ 9-23; 25; and 31). Attached hereto as **Exhibit "1"** are true and correct copies of the Complaint and all other filings of record in the State Court Action.

2. On April 5, 2024, the Clerk of the Superior Court of Cobb County issued a Summons for Plaintiff to serve upon Mr. Tuttle.

3. On or about April 10, 2024, Mr. Tuttle received copies of the Summons and Complaint (the "Service Packet"). Attached hereto as **Exhibit "2"** is a true and correct copy of the Service Packet.

4. By filing this Notice of Removal, Mr. Tuttle does not waive his rights to personal jurisdiction, service of process, or sufficiency of process. Mr. Tuttle also reserves the right to assert any defenses and objections to which he is or may become entitled.

5. Pursuant to 28 U.S.C. § 1446(a), attached hereto are all process, pleadings, and other documents filed in the State Court Action. (*See* Exhibit "1").

## BASIS FOR REMOVAL

6. Pursuant to 28 U.S.C. § 1331, the Court has original jurisdiction over Plaintiff's claims of alleged violations of the Americans with Disabilities Act, including 42 U.S.C. §§ 12101-12213 and 12188 (b)(2)(C)(i); 28 C.F.R. §§ 35.136 (a)-(b) and (f), 85.5, and 36.504 (a)(3)(i); 49 C.F.R. §§ 37.3; 37.5 (a)-(b) and (h), 37.169, 37.123 (c), and 37.173, and The Rehabilitation Act of 1973, including 29 U.S.C. §§ 701-797b and 34 C.F.R. 104, on behalf of himself.

7. This Court, therefore, has original jurisdiction over those claims pursuant to 28 U.S.C. §1331 (federal question jurisdiction), and Mr. Tuttle may remove the matter pursuant to 28 U.S.C. §1441.

## REMOVAL TO THIS COURT IS PROCEDURALLY PROPER

8. Venue is proper in this district pursuant to 28 U.S.C. § 1446(a) because the United States District Court for the Northern District of Georgia embraces the venue where the State Court Action is pending.

9. Further, removal is timely pursuant to 28 U.S.C. § 1446(b) because Mr. Tuttle filed this Notice of Removal prior to being served and/or within thirty days of alleged service.

10. Defendants Transdev Services, Inc., Cobb County Board of Commissioners, and Cobb County Department of Transportation d/b/a CobbLinc have given their express consent to the removal of this case.

11. Pursuant to 28 U.S.C. § 1446(d), Mr. Tuttle has provided written notice to all adverse parties and has filed a copy of this Notice of Removal with the Clerk of the Superior Court of Cobb County, Georgia. (*See* **Exhibit "3"**).

## CONCLUSION

WHEREFORE, Defendant Mark K. Tuttle respectfully requests the Court assume jurisdiction over this matter.

Respectfully submitted this 8th day of May, 2024.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

/s/Vonnetta L. Benjamin
Lawrence L. Washburn
Georgia Bar No.: 562374
Vonnetta L. Benjamin
Georgia Bar No. 049890

*Counsel for Defendant Mark K. Tuttle*

3348 Peachtree Road NE
Suite 1400
Atlanta, GA 30326
470-419-6650 (main)
470-419-6651 (facsimile)
lee.washburn@wilsonelser.com
vonnetta.benjamin@wilsonelser.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing **NOTICE OF REMOVAL BY DEFENDANT MARK K. TUTTLE** with the Clerk of Court using the CM/ECF system and via United States Postal Service Certified Return Receipt Requested to the Plaintiff, addressed as follows:

Kevin Campbell
20 Cobb Parkway S#140101
Marietta, Georgia 30060
kscamp@gmail.com

*Pro-se Plaintiff*

This 8th day of May, 2024.

>   */s/Vonnetta L. Benjamin*
>   Vonnetta L. Benjamin
>   Georgia Bar No. 049890
>   *Counsel for Defendant Mark K. Tuttle*