UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN CAMPBELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TRANSDEV SERVICES INC, et al,<br><br>　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-02022-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of Defendants Tuttle, Transdev, and the Cobb Defendants' motions to dismiss, and the court having granted said motions and entered judgment independent of the motion on Mr. Campbell's claims against the Cobb defendants, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 25th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By:　　s/J. Underwood　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 25, 2025
Kevin P. Weimer
Clerk of Court

By:　s/J. Underwood　　　　　　　
　　　　Deputy Clerk